In the Matter of HERBERT LEE SHORELL, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, April 6, 1945.

*Einar Chrystie* for petitioner.
*Paul L. Corwin* for respondent.

*Per Curiam.* Respondent Herbert Lee Shorell has been charged with converting on three different occasions moneys belonging to others, entrusted to him in his professional capacity. He denied the charges but after a thorough hearing the Official Referee appointed to hear and report has reported that in his opinion all three charges have been sustained. The record supports the conclusion of the Official Referee.

The repeated violation of canon 11 of the Canons of Professional Ethics of the New York State Bar Association (McKinney's Cons. Laws of N. Y., Judiciary Law, Appendix) demonstrates that the respondent lacks the character essential for his continuance as a member of the Bar.

The report of the Official Referee should be confirmed and the respondent disbarred.

MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and DORE, JJ , concur.

Respondent disbarred.